UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HILLSIDE PLASTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 17-30037 |
| v. | ) | |
| | ) | |
| DOMINION & GRIMM USA, INC., and | ) | |
| DOMINION & GRIMM, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANTS' MOTION TO STAY DISCOVERY**

Defendants Dominion & Grimm, Inc. and Dominion & Grimm USA, Inc. (collectively, "D&G"), through their undersigned counsel, request that the Court stay all discovery in this action pending resolution of D&G's Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c), filed concurrently. For the reasons set forth in the accompanying Memorandum of Reasons, D&G respectfully requests that this Court grant the present Motion to Stay Discovery.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel certifies that they conferred with counsel for Plaintiff and the Parties were unable to resolve or narrow the issues raised by this Motion to Stay, which Hillside opposes.

Dated:  November 7, 2017                                   Respectfully submitted,

/s/ Matthew C. Hurley
Matthew C. Hurley (BBO# 643638)
Nicholas W. Armington (BBO# 687843)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.
One Financial Center
Boston, MA 02111
Telephone: 617-542-6000
Facsimile: 617-542-2241
MCHurley@mintz.com
NWArmington@mintz.com

VENABLE LLP
Meaghan H. Kent, Esq., *pro hac vice*
Ralph A. Dengler, Esq., *pro hac vice*
Thai-Hoa X. Nguyen, Esq., *pro hac vice*
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Telephone: (202) 344-4481
Facsimile: (202) 344-8300

MHKent@Venable.com
RADengler@Venable.com
TXNguyen@Venable.com

*Counsel for Defendants Dominion & Grimm, Inc. and Dominion & Grimm USA, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated a non-registered participants on the date of electronic filing.

      */s/ Matthew C. Hurley*
      Matthew C. Hurley